IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHORELINE ADVENTURES, LLC,<br><br>        Plaintiff,<br><br>  vs.<br><br>ONE SHIPWRECKED VESSEL KNOWN AS SS ALEUTIAN, in rem,<br><br>        Defendant. | Case No. 3:03-cv-00188-JKS<br><br>O R D E R |

      The State of Alaska appealed this Court's denial of its motion to intervene in this case. Docket Nos. 24; 54. The case was stayed for the pendency of the appeal. Docket No. 65. The appeal was voluntarily dismissed by stipulation of the parties. Docket No. 67. Therefore, the stay is lifted and the Plaintiff's Proposed Findings of Facts and Conclusions of Law at Docket No. 52 are ripe for a ruling. The Court has not been notified of any new developments in this case.

      United States Magistrate Judge Harry Branson entered a Report and Recommendation suggesting that the proposed findings and conclusions be adopted. Docket No. 53. The Court has reviewed the record de novo and exercised its independent judgment and concludes that Judge Branson correctly determined the law and the facts. The Plaintiff's proposed findings of facts and conclusions of law accurately reflect Judge Branson's findings and conclusions and therefore, shall be adopted as the findings and conclusions in this case.

      The Plaintiffs are instructed to submit a proposed judgment for the Court's signature within 10 days of the date of this Order.

      **IT IS SO ORDERED.**

      Dated at Anchorage, Alaska, this 10th day of March, 2006

                                                                    /s/ James K. Singleton, Jr.

                                                                    **JAMES K. SINGLETON, JR.**
                                                                      United States District Judge