DAVID W. MÁRQUEZ
ATTORNEY GENERAL

John T. Baker
Assistant Attorney General
ABA# 8911056
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: 269-5100
Attorney for the State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
IN ADMIRALTY

| | |
|---|---|
| SHORELINE ADVENTURES, LLC )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>ONE SHIPWRECKED VESSEL )<br>KNOWN AS SS ALEUTIAN, )<br>Boilers, Equipment, Appurtenances )<br>and Cargo located within two nautical )<br>miles of a circle with the center point )<br>at the coordinates )<br>57 degrees 25 Minutes North Latitude, )<br>and 153 degrees 50 Minutes West )<br>Longitude; )<br>)<br>    *In rem*, )<br>    Defendant. )<br>_____ ) | Case No. A 03-0188-CV<br>(JKS) |

**MOTION FOR RECONSIDERATION
AND FOR ENLARGEMENT OF TIME**

The State of Alaska, Office of History and Archeology ("State"), by and

through counsel and in response to this Court's Order of March 13, 2006, hereby moves

the Court to reconsider its Order and permit an enlargement of time to enable the parties to file a stipulation guiding future disposition of the case.

At the Court's invitation, the State moved to stay proceedings in this case pending resolution of the Ninth Circuit appeal. Docket No. 64. The Court granted the stay and directed the parties to notify the Court if the appeal resulted in either a decision or a settlement. Docket No. 65. Having not heard from the parties, the Court issued its Order of March 13, 2006, directing the parties to submit a proposed judgment adopting the Plaintiff's Proposed Findings of Facts and Conclusions of Law (Docket No. 52). However, do so would be contrary to the terms under which the parties' Ninth Circuit appeal was settled.

The terms of the Ninth Circuit settlement effectively supercede the Proposed Findings of Fact and Conclusions of Law. *See* Exhibits A and B, attached hereto. Following lengthy negotiations including a two-day mediation hearing convened by the Ninth Circuit Mediation Counsel, the parties executed a Final Memorandum of Understanding outlining their agreed steps for settlement. Exhibit A. The parties agreed to file a stipulation of dismissal in the Ninth Circuit (*see* Exhibit B), followed by a stipulation in this Court designed to achieve the following purposes: (1) allowing the State to intervene as a party; (2) adjudicating, subject to the Court's continuing Admiralty jurisdiction and supervision, title to objects and/or artifacts recovered from the SS ALEUTIAN; and (3) outlining procedures, again under the Court's continuing jurisdiction, under which further recovery operations on the SS ALEUTIAN, if any, shall be conducted.

The parties' stipulation dismissing the Ninth Circuit appeal was subject to the terms of the parties' Memorandum of Understanding. Exhibit B. The Memorandum of Understanding sets up a procedure for the parties to determine title and disposition of various artifacts recovered from the SS ALEUTIAN. Exhibit A. Thus, if the parties were now to file a proposed judgment adopting the Plaintiff's Proposed Findings of Fact and Conclusions of Law, the parties would be violating their own settlement agreement. The parties acknowledge that we arrive at this juncture because the parties failed to notify the Court in a timely manner of the terms of their settlement. The parties apologize for this delay and ask the Court's indulgence in executing and filing their stipulation in this Court, as contemplated by the settlement, governing future operations affecting the SS ALEUTIAN.

Plaintiff Shoreline Adventures, LLC, is no longer represented by local Alaska counsel but rather solely by Mr. Hess, a sole practitioner in Delaware. The undersigned has been in contact with Mr. Hess to advise him of the Court's March 16 Order and of the necessity to request additional time to file the parties' stipulation in this Court. Logistical complications and Mr. Hess's recent office move require additional time for the parties to accomplish the filing of the stipulation. Accordingly, the parties request until and including April 7, 2006 to file their stipulation for the Court's approval. The parties believe the settlement reached in this case represents an optimal solution to their dispute and request the Court's assistance in giving it full effect.

Respectfully submitted this 23rd day of March, 2006 at Anchorage, Alaska.

DAVID A. MÁRQUEZ
ATTORNEY GENERAL

By:   s/John T. Baker
      John T. Baker
      Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2006, a true and correct copy of the foregoing with attachments and the accompanying order were served by U.S. mail on:

Peter E. Hess, Esq.
P.O. Box 7753
Wilmington, DE 19803-7753
Phone: (302) 777-1715
Fax: (302) 777-1705


s/John T. Baker