DAVID W. MÁRQUEZ
ATTORNEY GENERAL

John T. Baker
Assistant Attorney General
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: 269-5100
Attorney for the State of Alaska

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SHORELINE ADVENTURES, LLC, | ) |
| Plaintiff – Appellee, | ) No. 04-36072 |
| v. | ) D.C. No. CV-03-00188-JKS |
| ONE SHIPWRECKED VESSEL KNOWN AS SS ALEUTIAN | ) |
| Defendant, | ) |
| and | ) |
| STATE OF ALASKA, DEPARTMENT OF NATURAL RESOURCES, OFFICE OF HISTORY AND ARCHAEOLOGY | ) |
| Intervenor – Appellant. | ) |

**FINAL MEMORANDUM OF UNDERSTANDING**

At a mediation held on May 10-11, 2005, before Claudia Bernard of the Ninth Circuit Court of Appeals Mediation Office, the parties hereto,

**Exhibit A**
1 of 5

Shoreline Adventures, LLC ("Shoreline") and the State of Alaska, Office of History and Archaeology ("OHA" or "State") agreed as follows:

WHEREAS, the parties desire to resolve their differences and allow the U.S. District Court to maintain jurisdiction over their interests in the shipwreck of the S.S. ALEUTIAN; and

WHEREAS, the parties wish to resolve Appeal No. 04-36072 before the Ninth Circuit Court of Appeals;

NOW THEREFORE, IT IS AGREED AS FOLLOWS:

1. Within fourteen (14) days of notification by the State of its final acceptance of these terms and conditions, the parties shall file a stipulated notice of dismissal in the Ninth Circuit Appeal No. 04-36072 and shall, as soon as possible thereafter, file in the U.S. District Court for Alaska a joint stipulation for the State's intervention in Case No. A03-00188-CV (JKS).

2. The parties shall further stipulate in the U.S. District Court to a proposed adjudication of title to the objects and/or artifacts recovered from the S.S. ALEUTIAN. This stipulation shall provide for a representative sampling of the S.S. ALEUTIAN artifacts to the State and shall request that the U.S. District Court appoint Ms. Bernard as a special mediator to assist the parties in fulfilling the terms and conditions, and in acting in the spirit of, this agreement.

**Exhibit A
2 of 5**

3. Shoreline agrees not to conduct any expeditions to the S.S. ALEUTIAN directed at the recovery of archaeological materials without first submitting to OHA an archaeological plan which addresses the following components as outlined by OHA in the mediation: (1) Standards for Recovery (methodology, research design, recording); (2) Conservation (plan, reporting, implementation); (3) Curation; (4) Reporting (seasonal/annual, final report); and (5) Disposition of Artifacts.

4. Upon approval of Shoreline's archaeological plan by OHA, OHA will issue an archaeological field permit to Shoreline for an archaeological recovery operation. OHA agrees to prepare and distribute to Shoreline a more detailed summary of the required elements for an approved archaeological plan as referred to above.

5. Shoreline shall prepare for an assessment of the environmental risk of an oil release emanating from the bunkers or enclosed spaces within the S.S. ALEUTIAN prior to conducting any expedition directed at archaeological recovery.

6. OHA shall use its best efforts to facilitate the circulation of Shoreline's environmental assessment and potential remediation to appropriate State officials and to provide information to assist Shoreline in

**Exhibit A**
**3 of 5**

applying for the requisite permits and/or complying with applicable state and federal regulations.

7. In the event that Shoreline elects not to conduct further archaeological recovery on the S.S. ALEUTIAN site, Shoreline shall prepare a Final Report of Archaeological Investigations on the S.S. ALEUTIAN and submit it to OHA.

8. The parties agree to coordinate on the release of any information to the media concerning this agreement.

IT IS SO AGREED.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL
STATE OF ALASKA
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501

By: /s/ John T. Baker
Assistant Attorney General
Attorney for State of Alaska

Dated December 2, 2005

/s/ Peter E. Hess
PETER E. HESS, ESQ.
3 Mill Rd., Suite 303
Wilmington, Delaware 19806
Attorney for Shoreline Adventures, LLC

Dated December 2, 2005

Exhibit A
4 of 5

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the foregoing was served by U.S. Mail on **Peter E. Hess** at the following address:

Peter E. Hess, Esq.
3307 Hermitage Rd
Wilmington, DE 19810

12-2-05
Date

_Margaret Watian_
Law Office Assistant

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Exhibit A
5 of 5