DAVID W. MÁRQUEZ
ATTORNEY GENERAL

John T. Baker
Assistant Attorney General
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: 269-5100
Attorney for the State of Alaska

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SHORELINE ADVENTURES, LLC, | ) |
| | ) No. 04-36072 |
| Plaintiff – Appellee, | ) |
| | ) D.C. No. CV-03-00188-JKS |
| v. | ) |
| | ) |
| ONE SHIPWRECKED VESSEL KNOWN AS SS ALEUTIAN | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| STATE OF ALASKA, DEPARTMENT OF NATURAL RESOURCES, OFFICE OF HISTORY AND ARCHAEOLOGY | ) |
| | ) |
| Intervenor – Appellant. | ) |

**STIPULATED NOTICE OF DISMISSAL**

The parties to this action, by and through respective counsel and pursuant to Fed. R. App. P. 42 (b), hereby stipulate to the voluntary

Exhibit B
1 of 3

dismissal of this appeal, subject to the terms of the Memorandum of Understanding reached at the conclusion of a mediation conducted by the Ninth Circuit Mediation Counsel in this appeal on May 10-11, 2005. A copy of the Final Memorandum of Understanding, as formalized by the parties, is filed herewith. Each party to this appeal shall bear its own costs and fees.

Respectfully submitted this 2nd day of December, 2005.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: *[signature]*
    John T. Baker
    Assistant Attorney General
    Attorney for State of Alaska

December 2, 2005
(Date of signing)

*[signature]*
PETER E. HESS, ESQ.
Attorney for Shoreline Adventures, LLC

December 2, 2005
(Date of signing)

**Exhibit B**
**2 of 3**

2

# CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the foregoing was served by U.S. Mail on **Peter E. Hess** at the following address:

Peter E. Hess, Esq.
3307 Hermitage Rd
Wilmington, DE 19810

12-2-05
Date

_____
Law Office Assistant

Exhibit B
3 of 3