DAVID W. MÁRQUEZ
ATTORNEY GENERAL

John T. Baker
Assistant Attorney General
ABA# 8911056
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: 269-5100
Attorney for the State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
IN ADMIRALTY

| | |
|---|---|
| SHORELINE ADVENTURES, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ONE SHIPWRECKED VESSEL ) | |
| KNOWN AS SS ALEUTIAN, ) | |
| Boilers, Equipment, Appurtenances ) | |
| and Cargo located within two nautical ) | |
| miles of a circle with the center point ) | |
| at the coordinates ) | Case No. A 03-0188-CV |
| 57 degrees 25 Minutes North Latitude, ) | (JKS) |
| and 153 degrees 50 Minutes West ) | |
| Longitude; ) | |
| ) | |
| *In rem*, ) | |
| Defendant. ) | |
| ) | |

**PROPOSED ORDER GRANTING RECONSIDERATION
AND ENLARGEMENT OF TIME TO FILE STIPULATION**

The parties having filed a motion to reconsider this Court's Order filed

March 13, 2006, directing the parties to submit a proposed judgment adopting the

Plaintiff's Proposed Findings of Fact and Conclusions of Law; and

The parties having provided documentation of the terms of the settlement of their Ninth Circuit appeal, which terms call for a stipulation to be filed in this Court which would supercede the Plaintiff's Proposed Findings of Fact and Conclusions of Law, provide for intervention by the State, and set out procedures for disposition of the SS ALEUTIAN and its artifacts under the continuing Admiralty jurisdiction of the Court; and

The parties having requested additional time to execute and file said stipulation in this Court; and

The Court having found that good cause has been shown;

Reconsideration of the Court's Order of March 13, 2006 is **GRANTED** and the parties are hereby allowed an enlargement of time until and including April 7, 2006 to file for this Court's approval the stipulation contemplated by the parties' Ninth Circuit settlement.

**IT IS SO ORDERED.**

Dated at Anchorage, Alaska, this ___ day of _____, 2006.

_____
JAMES K. SINGLETON
United States District Judge