# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*Shoreline Adventures, LLC v. One Shipwrecked Vessel known as SS Aleutian*
Case No. 3:03-cv-00188-JKS

By:                THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:      Dan Maus, Case Management: 677-6123*

PROCEEDINGS:       ORDER FROM CHAMBERS

     The Court is in receipt of the Motion for Reconsideration at Docket No. 69, filed by the State. The Court was not in receipt of the documents attached to the Motion—namely, the Final Memorandum of Understanding and the Stipulated Notice of Dismissal—when it entered the Order at Docket No. 68. Therefore, based on the information contained in the Motion for Reconsideration, the Motion is **GRANTED**. The parties shall have thirty days from the date of this Order, until Monday, April 24, 2006, to submit to the Court a stipulation for resolving this case.

     **IT SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: March 24, 2006

*       ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* Fed. R. Civ. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.