DAVID W. MÁRQUEZ
ATTORNEY GENERAL

John T. Baker
Assistant Attorney General
ABA# 8911056
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: 269-5100
Attorney for the State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
IN ADMIRALTY

| | |
|---|---|
| SHORELINE ADVENTURES, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ONE SHIPWRECKED VESSEL ) <br> KNOWN AS SS ALEUTIAN, ) <br> Boilers, Equipment, Appurtenances ) <br> and Cargo located within two nautical ) <br> miles of a circle with the center point ) <br> at the coordinates ) <br> 57 degrees 25 Minutes North Latitude, ) <br> and 153 degrees 50 Minutes West ) <br> Longitude; ) <br> ) <br> *In rem*, ) <br> Defendant. ) <br> ————————————————) | Case No. A 03-0188-CV <br> (JKS) |

**STATUS REPORT AND MOTION FOR
ADDITIONAL ENLARGEMENT OF TIME**

The State of Alaska, Office of History and Archeology ("State"), by and

through counsel, hereby files a Status Report and requests an additional enlargement of


time, until and including May 22, 2006 to file the parties' stipulation allowing the State to intervene as a party, adjudicating title to objects and/or artifacts recovered from the SS ALEUTIAN, and outlining procedures under which further recovery operations on the SS ALEUTIAN, if any, shall be conducted.

Since the Court's order of March 28, the State has consulted with various museums and secured curation agreements for artifacts to be retained by the State under the "representative sampling" clause of the agreement under which the parties' Ninth Circuit appeal was dismissed. The State has also reviewed an inventory of artifacts provided by Shoreline Adventures, LLC, prepared a list of items proposed for State ownership, and forwarded that list to Shoreline's counsel. However, the parties have not yet finalized the "representative sampling" list and, consequently, cannot yet submit a proposed adjudication of title to the artifacts recovered so far from the SS ALEUTIAN.

While logistical issues continue to add complexity to this process, the parties continue, with the Court's indulgence, to progress toward a satisfactory resolution of this dispute. The State therefore requests additional time, until and including May 22, 2006 to finalize and file the parties' stipulation in this matter.

Respectfully submitted this 24th day of April, 2006 at Anchorage, Alaska.

DAVID A. MÁRQUEZ
ATTORNEY GENERAL

By:	s/John T. Baker
	John T. Baker
	Assistant Attorney General
	Office of the Attorney General
	1031 W. Fourth Avenue, Suite 200

                                          Anchorage, Alaska 99501
                                          Phone:  (907) 269-5100
                                          Fax:  (907) 279-2834
                                          Email:  John_Baker@law.state.ak.us
                                          Alaska Bar No. 8911056

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2006, a true and correct copy of the foregoing with the accompanying order was served by U.S. mail on:

Peter E. Hess, Esq.
P.O. Box 7753
Wilmington, DE 19803-7753
Phone:  (302) 777-1715
Fax:  (302) 777-1705


s/John T. Baker