IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
IN ADMIRALTY

| | |
|---|---|
| SHORELINE ADVENTURES, LLC )<br>)<br>           Plaintiff,   )<br>)<br>   vs.       )<br>)<br>ONE SHIPWRECKED VESSEL   )<br>KNOWN AS SS ALEUTIAN,   )<br>Boilers, Equipment, Appurtenances )<br>and Cargo located within two nautical )<br>miles of a circle with the center point )<br>at the coordinates    )<br>57 degrees 25 Minutes North Latitude, )<br>and 153 degrees 50 Minutes West  )<br>Longitude;     )<br>)<br>       *In rem*,   )<br>           Defendant.  )<br>                                                                      ) | Case No. A 03-0188-CV (JKS) |

**ORDER GRANTING ADDITIONAL
ENLARGEMENT OF TIME TO FILE STIPULATION**

The parties having filed a status report and motion for additional enlargement of time in which to file a stipulation which would supercede the Plaintiff's Proposed Findings of Fact and Conclusions of Law, provide for intervention by the State, and set out procedures for disposition of the SS ALEUTIAN and its artifacts under the continuing Admiralty jurisdiction of the Court; and

The parties having requested additional time to execute and file said stipulation in this Court; and

The Court having found that good cause has been shown;

The motion is **GRANTED** and the parties are hereby allowed an enlargement of time until and including May 22, 2006, to file for this Court's approval the stipulation contemplated by the parties' Ninth Circuit settlement.

**IT IS SO ORDERED.**

Dated at Anchorage, Alaska, this 25th day of April 2006.

    /s/James K. Singleton
JAMES K. SINGLETON
United States District Judge