DAVID W. MÁRQUEZ
ATTORNEY GENERAL

John T. Baker
Assistant Attorney General
ABA# 8911056
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: 269-5100
Attorney for the State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
IN ADMIRALTY

| | |
|---|---|
| SHORELINE ADVENTURES, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ONE SHIPWRECKED VESSEL ) <br> KNOWN AS SS ALEUTIAN, ) <br> Boilers, Equipment, Appurtenances ) <br> and Cargo located within two nautical ) <br> miles of a circle with the center point ) <br> at the coordinates ) <br> 57 degrees 25 Minutes North Latitude, ) <br> and 153 degrees 50 Minutes West ) <br> Longitude; ) <br> ) <br> *In rem*, ) <br> Defendant. ) <br> _____) | Case No. CV-03-00188-JKS |

**STIPULATION**

WHEREAS, Shoreline Adventures, LLC ("Shoreline") and the State of Alaska, Office of History and Archaeology ("OHA" or "State") on December 2, 2005 executed and filed a Stipulated Notice of Dismissal voluntarily dismissing their appeal before the

Ninth Circuit Court of Appeals, Appeal No. 04-36072, and the appeal was dismissed on December 14, 2005; and

WHEREAS, the stipulated dismissal incorporated a Final Memorandum of Understanding under which Shoreline and the State reached agreement on key issues underlying their dispute; and

WHEREAS, the Final Memorandum of Understanding called for the parties to stipulate to the intervention of the State as a party in Case No. A03-00188-CV (JKS), to an adjudication of title to artifacts recovered from the S.S. ALEUTIAN, and to procedures governing future recovery operations, if any, on the S.S. ALEUTIAN, subject to the continuing admiralty jurisdiction of this Court; and

WHEREAS, the parties desire to give effect to the Final Memorandum of Understanding and allow this Court to maintain jurisdiction over their interests in the shipwreck of the S.S. ALEUTIAN;

NOW THEREFORE, IT IS AGREED AS FOLLOWS:

1.      The parties hereby stipulate to an adjudication of title to artifacts recovered to date from the S.S. ALEUTIAN:

(a) Title to a representative sampling of the S.S. ALEUTIAN artifacts, described in Exhibit A to this Stipulation, shall vest in the State, subject to the State's right of prior inspection, to determine that the artifacts comprising the representative sampling are of sufficient quality to be displayed in a museum or other similar repository to be determined by the State, in consultation with Shoreline.

    (b) Title to all remaining artifacts recovered by Shoreline to date shall vest in Shoreline, and disposition of those artifacts shall remain committed to Shoreline's discretion.

    (c) Nothing in this Stipulation shall be construed to either require or prohibit the curation or display of artifacts at any particular museum or similar repository.

  2. Shoreline agrees not to conduct any expeditions to the S.S. ALEUTIAN directed at the recovery of archaeological materials without first submitting to OHA an archaeological plan which addresses the following components as outlined by OHA in the mediation: (1) Standards for Recovery (methodology, research design, recording); (2) Conservation (plan, reporting, implementation); (3) Curation; (4) Reporting (seasonal/annual, final report); and (5) Disposition of Artifacts.

  3. Upon approval of Shoreline's archaeological plan by OHA, OHA will issue an archaeological field permit to Shoreline for an archaeological recovery operation. OHA agrees to prepare and distribute to Shoreline a more detailed summary of the required elements for an approved archaeological plan as referred to above.

  4. Shoreline shall prepare for an assessment of the environmental risk of an oil release emanating from the bunkers or enclosed spaces within the S.S. ALEUTIAN prior to conducting any expedition directed at archaeological recovery.

  5. OHA shall use its best efforts to facilitate the circulation of Shoreline's environmental assessment and potential remediation to appropriate State officials and to provide information to assist Shoreline in applying for the requisite permits and/or complying with applicable state and federal regulations.

6.  In the event that Shoreline elects not to conduct further archaeological recovery on the S.S. ALEUTIAN site, Shoreline shall prepare a Final Report of Archaeological Investigations on the S.S. ALEUTIAN and submit it to OHA.

7.  The parties agree that the terms of this Stipulation shall be subject to the continuing jurisdiction of this Court.

8.  The parties request that the Court appoint Claudia Bernard of the Ninth Circuit Mediation Office as a special mediator to be available to assist the parties in fulfilling the terms and conditions, and in acting in the spirit of, this Stipulation.

IT IS SO AGREED.

                    DAVID W. MÁRQUEZ
                    ATTORNEY GENERAL
                    STATE OF ALASKA

5/22/06                       s/
Date                        By: John T. Baker (Alaska Bar No. 8911056)
                            Assistant Attorney General
                            Attorney for State of Alaska
                            1031 W. 4th Avenue, Suite 200
                            Anchorage, Alaska 99501
                            Phone: 907-269-5100
                            Fax: 907-279-2834
                            Email: John_Baker @law.state.ak.us

5/22/06                       s/
Date                        PETER E. HESS, ESQ.
                            P.O. Box 7753
                            Wilmington, Delaware 19803-7753
                            Attorney for Shoreline Adventures, LLC
                            Phone: 302-690-1715
                            Fax: 302-777-1705
                            Email: Hessians@aol.com

CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2006, a true and correct copy of the foregoing was served by U.S. Mail on **Peter E. Hess** at the following address:

Peter E. Hess, Esq.
P.O. Box 19803
Wilmington, DE  19803-7753


s/_____
John T. Baker