**EXHIBIT A**

Representative Collection from the SS Aleutian Shipwreck Requested by the State (1 ea.)
Items should be in suitable condition for museum exhibition and should include information on provenience.

| | |
|---|---|
| Bell | One of the 2 listed on the Shoreline Adventures inventory sheet |
| Binnacle Compass | One of the 2 listed on the Shoreline Adventures inventory sheet |
| Cage lamp | One of the 2 listed on the Shoreline Adventures inventory sheet |
| Spitoon | One of the 2 listed on the Shoreline Adventures inventory sheet |
| Port Light (i.e. porthole) | One of the 2 listed on the Shoreline Adventures inventory sheet |

   *China:*
Bowl, 4.75" round
Bowl, 5.5" oval
Cup, 2.5" demitasse
Cup, 3.5" teacup
Plate, 6.5" round
Plate, 9" round
Plate, 7 x 4.75 oval
Saucer, 4.75" demitasse
Saucer, 5.5"
Saucer, 6"
Saucer, 6" floral pattern
Caraffe, salad dressing

   *One-of-a-kind items (State to choose 1)*
Binoculars
Plaque, Chart Room

   *One-of-a-kind items (State to choose 1)*
Juicer
Pitcher (cream)