DAVID W. MÁRQUEZ
ATTORNEY GENERAL

John T. Baker
Assistant Attorney General
ABA# 8911056
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: 269-5100
Attorney for the State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
IN ADMIRALTY

| | |
|---|---|
| SHORELINE ADVENTURES, LLC )<br>)<br>            Plaintiff,            )<br>)<br>vs.                                              )<br>)<br>ONE SHIPWRECKED VESSEL    )<br>KNOWN AS SS ALEUTIAN,       )<br>Boilers, Equipment, Appurtenances )<br>and Cargo located within two nautical )<br>miles of a circle with the center point )<br>at the coordinates                         )<br>57 degrees 25 Minutes North Latitude, )<br>and 153 degrees 50 Minutes West  )<br>Longitude;                                     )<br>)<br>            *In rem*,                         )<br>            Defendant.                       )<br>_____) | Case No. A 03-0188-CV<br>(JKS) |

**PROPOSED ORDER APPROVING STIPULATION**

The parties having filed a Stipulation that incorporates the terms of dismissal of

Ninth Circuit Appeal No. 04-36072, agreeing to the intervention of the State of Alaska in

this proceeding; an adjudication of title to artifacts recovered to date from the SS ALEUTIAN; procedures governing future operations, if any, directed at the recovery of archaeological materials from the S.S. ALEUTIAN; submission to the continuing jurisdiction of this Court; and a request that the Court appoint Claudia Bernard of the Ninth Circuit Mediation Office as a special mediator to be available to assist the parties in fulfilling the terms and conditions of the Stipulation; and

The Court having found that good cause has been shown;

The Stipulation is hereby **APPROVED**, and any previous findings or orders or pending motions inconsistent with the Stipulation are deemed superceded.

**IT IS SO ORDERED.**

Dated at Anchorage, Alaska, this ___ day of _____, 2006.

_____
JAMES K. SINGLETON
United States District Judge