IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHORELINE ADVENTURES, LLC )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ONE SHIPWRECKED VESSEL )<br>KNOWN AS SS ALEUTIAN, )<br>Boilers, Equipment, Appurtenances )<br>and Cargo located within two nautical )<br>miles of a circle with the center point )<br>at the coordinates )<br>57 degrees 25 Minutes North Latitude, )<br>and 153 degrees 50 Minutes West )<br>Longitude; )<br>)<br>*In rem*, )<br>Defendant. )<br>_____ ) | Case No. A 03-0188-CV<br>(JKS) |

**ORDER APPROVING STIPULATION**

The parties having filed a Stipulation that incorporates the terms of dismissal of Ninth Circuit Appeal No. 04-36072, agreeing to the intervention of the State of Alaska in this proceeding; an adjudication of title to artifacts recovered to date from the SS ALEUTIAN; procedures governing future operations, if any, directed at the recovery of archaeological materials from the S.S. ALEUTIAN; submission to the continuing jurisdiction of this Court; and a request that the Court appoint Claudia Bernard of the

Ninth Circuit Mediation Office as a special mediator to be available to assist the parties in fulfilling the terms and conditions of the Stipulation; and

The Court having found that good cause has been shown;

The Stipulation is hereby **APPROVED**, and any previous findings or orders or pending motions inconsistent with the Stipulation are deemed superceded.

**IT IS SO ORDERED.**

Dated at Anchorage, Alaska, this 23rd day of May 2006.

                                        __/s/James K. Singleton__
                                        JAMES K. SINGLETON
                                        United States District Judge